**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Dianne M. CARTER, Defendant-Appellant.**

**No. 17-2364**

United States Court of Appeals, Fourth Circuit.

Submitted: February 15, 2018

Decided: February 16, 2018

Dianne M. Carter, Appellant Pro Se. Marion E.M. Erickson, Joan Iris Oppenheimer, Francesca Ugolini, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Dianne M. Carter appeals the district court's order granting summary judgment to the United States on its action seeking to enjoin Carter from preparing federal income tax forms. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *United States v. Carter*, No. 3:16-cv-00673-FDW-DCK, 2017 WL 4369488 (W.D.N.C. Oct. 2, 2017). We deny Carter's motions for stay pending appeal and for other relief, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*